UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK MILKIEWICZ, as Personal
Representative of the Estate of
KERRI MILKIEWICZ, Deceased,

Plaintiff,

v.

GENESEE COUNTY, et al,

Defendants.
_____/

Case No. 20-cv-10017
Honorable Paul D. Borman

## ORDER VACATING THIS COURT'S JANUARY 9, 2024 ORDER SETTING DEADLINES (ECF No. 110) AND STAYING THIS CASE PENDING RESOLUTION OF *IN RE: TEHUM CARE SERVICES INC.* IN THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CASE NO. 23-90086

On January 9, 2024, the Court issued an Order setting a deadline for dispositive motions as well as dates for a final pretrial conference and jury trial in this matter. (ECF No. 110).

That Order is hereby **VACATED**. All further proceedings in this case, other than the Chapman Law Group's Motions to Withdraw as Counsel (ECF Nos. 112, 113) currently before Magistrate Judge Anthony P. Patti, are **STAYED** pending the resolution of *In re: Tehum Care Services Inc.*, Case No. 23-90086—a matter before the Bankruptcy Court for the Southern District of Texas Houston Division.

1

Dated: February 14, 2024                              s/ Paul D. Borman
                                                                      Paul D. Borman
                                                                      United States District Judge